UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| THIRD DEGREE FILMS,<br><br>              Plaintiff,<br>    v.<br><br>DOES 1-3577,<br><br>              Defendants. | No. C 11-02768 LB<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ENLARGEMENT OF TIME TO SERVE DEFENDANTS**<br><br>[ECF No. 7] |

    Plaintiff Third Degree Films asserts claims for copyright infringement pursuant to 17 U.S.C. § 101 *et seq.* Complaint, ECF No. 1 at 2. It seeks an extension of time to serve the defendants. ECF No. 7 at 1. Given the subpoena process and the reliance on the Internet Service Providers, the court finds good cause and **GRANTS** Plaintiff's application for an enlargement of time. Fed. R. Civ. P. 4(m). But the court has severed 3,576 of the Doe defendants, leaving only Doe 1. *See* ECF No. 9 at 7. Accordingly, the deadlines requested by Plaintiff are overly generous. The court **ORDERS** that Plaintiff must name and serve Doe 1 by February 3, 2012.

    This disposes of ECF No. 7.

    **IT IS SO ORDERED.**

Dated: November 4, 2011

                                            _____
                                            LAUREL BEELER
                                            United States Magistrate Judge